PIOTR SMOLEN et al., Appellants, v KMART, INC., et al., Respondents. (Appeal No. 1.) [768 NYS2d 887]—Appeal from an order of Supreme Court, Erie County (Whelan, J.), entered July 10, 2001, which denied plaintiffs' motion to reconsider granting a directed verdict in favor of defendants.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Hutchings v Hutchings, 155 AD2d 973 [1989]). Present—Green, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.